**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH QUINONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PARR, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-CV-0390-MMD-CLB<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT**<br><br>[ECF NO. 25] |

Plaintiff Joseph Quinones ("Quinones") initiated this action on June 24, 2020 by filing a civil rights complaint. (ECF No. 1-1.) Pursuant to 28 U.S.C. § 1915A, Quinones' complaint was screened by the Court and dismissed without prejudice and with leave to amend. (ECF No. 6.) Quinones filed a first amended complaint, which the Court screened and allowed to proceed. (ECF Nos. 8, 9.) Defendants filed an answer on April 12, 2022. (ECF No. 16.)

Quinones has now filed a second amended complaint without leave of Court as is required by Fed. R. Civ. P. 15(a)(2). Therefore, Quinones' second amended complaint is hereby **STRICKEN.** (ECF No. 25.)

**IT IS SO ORDERED.**

Dated: June 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE