1  AARON D. FORD
   Attorney General
2  LEO T. HENDGES (Bar No. 16034)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3795 (phone)
   (702) 486-3773 (fax)
6  Email: lhendges@ag.nv.gov

7  *Attorneys for Defendants*
   *Jeffrey Brandon, Daniel Esquivel, Jacob Parr*
8  *Matthew Roman, Corey Rowley, and*
   *Mitchell Sharp*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH QUINONES, | Case No. 3:20-cv-00390-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WILLIAM GITTERE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Joseph Quinones, and Defendants Jeffrey Brandon, Daniel Esquivel, Jacob Parr, Matthew Roman, Corey Rowley and Mitchell Sharp, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 27th day of April, 2023.   DATED this 27th day of April, 2023

AARON D. FORD
Attorney General

By: [signature]
JOSEPH QUINONES
Plaintiff

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Dated: May 31, 2023

[signature]
UNITED STATES MAGISTRATE JUDGE